UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE ROBERTS, | ) CASE NO: 5:16 cv 01078 |
| | ) |
| Plaintiff, | ) JUDGE: BENITA Y. PEARSON |
| | ) |
| vs. | ) MAGISTRATE: GEORGE J. LIMBERT |
| | ) |
| SAMIA TRANSPORTATION INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

MOTION OF DEFENDANTS FOR AN EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

Defendants, Samia Transportation Inc. and Samia Hassan ("Defendants"), by and through undersigned counsel, respectfully move this Court for an Order granting Defendants a thirty (30) day extension of time, up to and including July 6, 2016, within which to move or plead in response to Plaintiff's Complaint.

Additional time is necessary in order to respond appropriately to Plaintiff's Complaint. This Motion is not made for purposes of delay and granting this Motion will not cause prejudice to any party. Further, Plaintiff does not object to the extension.

WHEREFORE, Defendants respectfully request that they be granted a thirty (30) day extension of time, up to and including July 6, 2016, within which to move or plead in response to Plaintiff's Complaint.

{01900135 - 1}

Respectfully submitted,

/s/ Jonathan D. Greenberg
Jonathan D. Greenberg (Reg. No. 0000687)
Email: *jgreenberg@walterhav.com*
Direct Dial: 216-928-2977
Patricia F. Weisberg (Reg. No. 0029995)
Email: *pweisberg@walterhav.com*
Direct Dial: 216-928-2928
John N. Neal (Reg. No. 0075355)
Email:  jneal@walterhav.com
Direct Dial:  216-619-7866

WALTER | HAVERFIELD LLP
The Tower at Erieview
1301 E. Ninth Street
Suite 3500
Cleveland, OH 44114-1821
(216) 781-1212 / Fax: (216) 575-0911

Attorneys for Defendants Samia Transportation Inc. and Samia Hassan

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2016, a copy of the foregoing Motion of Defendants for an Extension of Time to File an Answer or other Responsive Pleading was filed electronically.  Notice of this filing will be sent to all parties, by operation of the Court's electronic filing system.  Plaintiff may access this filing through the Court's system.

/s/ Jonathan D. Greenberg
Jonathan D. Greenberg
Attorney for Defendants